FELIX KESKAL and Another, Appellants, v. ROMAN L. MODRAKOWSKI, Respond-

ent.— Judgment reversed on the law, and new trial granted, with costs to the appellants to abide the event, on the ground that there was a question of fact presented as to whether the defendant made his individual promise to return the bonds delivered into his custody by the plaintiffs and cancel their subscription. Van Kirk, Davis and Whitmyer, JJ., concur; Cochrane, P. J., and McCann, J., dissent.